Amy P. Lally, SBN 198555
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Tel: (310) 595-9662
Fax: (310) 595-9501

*Attorneys for Defendant
Matchgroup, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURAK OKSAYAN, JACK KESSLER, ANDREW ST. GEORGE, BRADFORD SCHLOSSER, ANDREW KARZ, and JAMI KANDEL, individually and behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MATCHGROUP, INC.,<br><br>Defendant. | Case No. 3:24-cv-00888-LB<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br>**(L.R. 6-1)**<br><br>Complaint Served: February 22, 2024<br>Current Response Date: March 14, 2024<br>New Response Date: April 15, 2024 |

Pursuant to Local Rule 6-1, Plaintiffs Burak Oksayan, Jack Kessler, Andrew St. George, Bradford Schlosser, Andrew Karz, and Jami Kandel ("Plaintiffs") and Defendant Matchgroup, Inc. ("Match") (collectively, the "Parties"), by and through their respective counsel of record, respectfully file the following stipulation, extending the time for Match to respond to Plaintiffs' Complaint.

   1.   WHEREAS, on February 14, 2024, Plaintiffs filed their Complaint ("the Complaint") (ECF No. 1).

2. WHEREAS, on February 22, 2024, Plaintiff served the Complaint on Defendant (ECF NO. 6).

3. WHEREAS, Match's current deadline to respond to the Complaint is March 14, 2024.

4. WHEREAS, no other extensions or modifications of time have been requested in this case.

5. WHEREAS, on March 8, 2024, the Parties met and conferred and agreed to extend Match's response deadline by thirty (30) days, through and including April 15, 2024.

NOW THEREFORE, Plaintiffs and Defendant hereby stipulate that Match shall have an extension of time, to and including April 15, 2024, to answer or otherwise respond to the Complaint.

Dated: March 11, 2024                    SIDLEY AUSTIN LLP

                                         By: */s/ Amy P. Lally*
                                             Amy P. Lally

                                         *Attorney for Defendant Matchgroup, Inc.*

Dated: March 11, 2024                    CLARKSON LAW FIRM, P.C.

                                         By: */s/ Ryan J. Clarkson*
                                             Ryan J. Clarkson (SBN 257074)
                                             rclarkson@clarksonlawfirm.com
                                             Bahar Sodaify (SBN 289730)
                                             bsodaify@clarksonlawfirm.com
                                             Kelsey J. Elling (SBN 337915)
                                             kelling@clarksonlawfirm.com
                                             CLARKSON LAW FIRM, P.C.
                                             22525 Pacific Coast Highway
                                             Malibu, CA 90265

                                         *Attorneys for Plaintiffs*

**SIGNATURE ATTESTATION**

    I am the CM/ECF filer whose identification and password are being used to file the foregoing Stipulation To Extend Time To Answer or Otherwise Respond To Complaint (L.R. 6-1). In compliance with Local Civil Rule 5-1(i)(3), I hereby attest that every signatory has concurred in this filing.

Dated: March 11, 2024        */s/ Amy P. Lally*
                                                Amy P. Lally