AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California   ▼

| | | |
|---|---|---|
| Burak Oksayan, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:24-cv-00888-LB |
| Match Group, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Match Group, Inc.                                                                 .

Date:     March 11, 2024

/s/ Amy P. Lally
*Attorney's signature*

Amy P. Lally
*Printed name and bar number*
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067

*Address*

alally@sidley.com
*E-mail address*

(310) 595-9662
*Telephone number*

(310) 595-9501
*FAX number*