Amy P. Lally, SBN 198555
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Tel: (310) 595-9662
Fax: (310) 595-9501

*Attorney for Defendant*
*Match Group, Inc.*

[Additional Counsel listed
 on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BURAK OKSAYAN, JACK KESSLER, ANDREW ST. GEORGE, BRADFORD SCHLOSSER, ANDREW KARZ, and JAMI KANDEL, individually and behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MATCH GROUP, INC.,<br><br>Defendant. | Case No. 3:24-cv-00888-LB<br><br>**DEFENDANT MATCH GROUP, INC.'S CERTIFICATION OF INTERESTED ENTITIES AND PERSONS** |

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15 of the United States District Court for the Northern District of California, the undersigned, counsel of record for Defendant Match Group, Inc., certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Hinge, Inc.
- The League App, Inc.
- Match Group, LLC

Respectfully submitted,

Dated: March 15, 2024

SIDLEY AUSTIN LLP

By: */s/ Amy P. Lally*
Amy P. Lally, SBN 198555
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Tel: (310) 595-9662
Fax: (310) 595-9501

Angela C. Zambrano (*pro hac vice*)
angela.zambrano@sidley.com
Chelsea A. Priest (*pro hac vice*)
cpriest@sidley.com
Kathrine Maldonado (*pro hac vice*)
kmaldonado@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000

Dallas, TX 75201
Tel: (214) 981-3476
Fax: (214) 981-3400

*Attorneys for Defendant Match Group, Inc.*