1  Amy P. Lally, SBN 198555
2  alally@sidley.com
   SIDLEY AUSTIN LLP
3  1999 Avenue of the Stars, 17th Floor
4  Los Angeles, CA 90067
   Tel: (310) 595-9662
5  Fax: (310) 595-9501

6
7  *Attorney for Defendant
   Match Group, Inc.*

8
9  [Additional Counsel listed
    on signature page]

10
11                    **UNITED STATES DISTRICT COURT**
12                    **NORTHERN DISTRICT OF CALIFORNIA**
13                         **SAN FRANCISCO DIVISION**

14
| BURAK OKSAYAN, JACK KESSLER, ANDREW ST. GEORGE, BRADFORD SCHLOSSER, ANDREW KARZ, and JAMI KANDEL, individually and behalf of all others similarly situated, | Case No. 3:24-cv-00888-LB |
|---|---|
| Plaintiffs, | **DEFENDANT MATCH GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| MATCH GROUP, INC., | |
| Defendant. | |

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Match Group, Inc. ("MGI"), through its undersigned counsel of record, hereby certifies that it has no parent corporation and no publicly held corporation owns more than 10% of MGI's stock.

Respectfully submitted,

Dated: March 15, 2024                SIDLEY AUSTIN LLP

By: */s/ Amy P. Lally*
Amy P. Lally, SBN 198555
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Tel: (310) 595-9662
Fax: (310) 595-9501

Angela C. Zambrano (*pro hac vice*)
angela.zambrano@sidley.com
Chelsea A. Priest (*pro hac vice*)
cpriest@sidley.com
Kathrine Maldonado (*pro hac vice*)
kmaldonado@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Tel: (214) 981-3476
Fax: (214) 981-3400

*Attorneys for Defendant Match Group, Inc.*