**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Kelsey J. Elling (SBN 337915)
*kelling@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070

*Counsel for Plaintiffs and the Proposed Class*

**SIDLEY AUSTIN LLP**
Amy P. Lally (SBN 198555)
*alally@sidley.com*
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Tel: (310) 595-9662
Fax: (310) 595-9501

**SIDLEY AUSTIN LLP**
Angela C. Zambrano (*pro hac vice*)
*angela.zambrano@sidley.com*
Chelsea A. Priest (*pro hac vice*)
*cpriest@sidley.com*
Kathrine Maldonado (*pro hac vice*)
*kmaldonado@sidley.com*
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Tel: (214) 981-3476
Fax: (214) 981-3400

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURAK OKSAYAN, JACK KESSLER, ANDREW ST. GEORGE, BRADFORD SCHLOSSER, ANDREW KARZ, and JAMI KANDEL, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>vs.<br><br>MATCH GROUP, INC.<br><br>               Defendant. | Case No.: 3:24-cv-00888-LB<br>Compl. Filed: February 14, 2024<br>Compl. Served: February 22, 2024<br><br>*Assigned to Hon. Laurel Beeler, United States Magistrate Judge*<br><br>**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE**<br><br>[Declaration of Bahar Sodaify and [Proposed] Order filed concurrently herewith]<br><br><u>Hearing Information:</u><br>Date:      May 23, 2024<br>Time:     9:30 a.m.<br>Courtroom: B, 15th Floor |

1    Plaintiffs Burak Oksayan, Jack Kessler, Andrew St. George, Bradford Schlosser, Andrew
2    Karz, and Jami Kandel ("Plaintiffs"), and Match Group, Inc., ("Defendant"), by and through their
3    counsel of record, hereby stipulate, pursuant to Civil Local Rule 6-2, as follows:
4    WHEREAS, Plaintiffs filed their Class Action Complaint against Defendant on February
5    14, 2024 (ECF 1);
6    WHEREAS, on April 15, 2024, Defendant filed its Motion to Compel Arbitration and
7    Dismiss or Stay Proceedings ("Motion") (ECF 20);
8    WHEREAS, if Plaintiffs respond to the Motion by opposing it, their current response
9    deadline would be April 29, 2024;
10   WHEREAS, if Plaintiffs respond to the Motion by opposing it, Defendant's current reply
11   deadline would be May 6, 2024;
12   WHEREAS, if Plaintiffs respond to the Motion by amending their Complaint, Plaintiffs'
13   current response deadline would be May 6, 2024;
14   WHEREAS, if Plaintiffs respond to the Motion by amending their Complaint, Defendant's
15   current response deadline would be May 20, 2024;
16   WHEREAS, the Initial Case Management Conference is currently scheduled for June 27,
17   2024;
18   WHEREAS, the only other extension or modification of time requested in this case was
19   Defendant's request for an extension of time to answer or otherwise respond to Plaintiffs'
20   Complaint, to which Plaintiffs stipulated and which the Court granted (ECF 8);
21   WHEREAS, on April 22 and 23, 2024, the Parties met and conferred and agreed to extend
22   the current case deadlines by approximately thirty (30) days as set forth below.
23   NOW THEREFORE, Plaintiffs and Defendant hereby stipulate that the current case
24   deadlines are extended as follows: To and including June 10, 2024 for Plaintiffs' amended complaint
25   and July 22, 2024 for Defendant's response, if Plaintiffs respond by amendment, and May 29, 2024
26   for Plaintiffs' opposition and June 28, 2024 for Defendant's reply, if Plaintiffs respond by opposing
27   the Motion. Plaintiffs and Defendant also hereby stipulate that the Initial Case Management
28

1  Conference will take place no sooner than August 15, 2024 and that the current hearing scheduled
2  for May 23, 2024, will be continued to July 25, 2024 or another date as the Court may schedule.

DATED: April 23, 2024               **CLARKSON LAW FIRM, P.C.**

By: */s/ Bahar Sodaify*
    Ryan J. Clarkson, Esq.
    Bahar Sodaify, Esq.
    Kelsey J. Elling, Esq.

*Counsel for Plaintiffs and the Proposed Class*

DATED: April 23, 2024               **SIDLEY AUSTIN LLP**

By: */s/ Amy Lally*
    Amy P. Lally, Esq.
    Angela C. Zambrano, Esq.
    Chelsea A. Priest, Esq.
    Kathrine Maldonado, Esq.

*Attorneys for Defendant*

## ATTESTATION UNDER LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: April 23, 2024    **CLARKSON LAW FIRM, P.C.**

By: */s/ Bahar Sodaify*
    Bahar Sodaify, Esq.