**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BURAK OKSAYAN, JACK KESSLER, ANDREW ST. GEORGE, BRADFORD SCHLOSSER, ANDREW KARZ, and JAMI KANDEL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>MATCH GROUP, INC.<br><br>　　　　　　　　Defendant. | Case No.: 3:24-cv-00888-LB<br>Compl. Filed: February 14, 2024<br>Compl. Served: February 22, 2024<br><br>*Assigned to Hon. Laurel Beeler, United States Magistrate Judge*<br><br>**[PROPOSED] ORDER GRANTING MODIFIED BRIEFING SCHEDULE**<br><br>Hearing Information:<br>Date:　　　May 23, 2024<br>Time:　　　9:30 a.m.<br>Courtroom:　B, 15th Floor |

The Court, having considered Plaintiffs Burak Oksayan, Jack Kessler, Andrew St. George, Bradford Schlosser, Andrew Karz, and Jami Kandel ("Plaintiffs") and Defendant Match Group Inc.'s ("Defendant") (collectively, the "Parties") Joint Stipulation to Modify Briefing Schedule, and all relevant papers on file herein, hereby finds good cause to continue the deadlines in the current briefing schedule, as follows:

1. Plaintiffs' deadline to either respond by amendment or oppose Defendant's Motion to Compel Arbitration and Dismiss or Stay Proceedings ("Motion") is extended to and including June 10, 2024, if Plaintiffs respond by amendment, and May 29, 2024, if Plaintiffs respond by opposing the Motion.

2. Defendant's deadline to either respond to Plaintiffs' Amended Complaint or reply in support of the Motion is extended to and including July 22, 2024, if Plaintiffs respond by amendment, and June 28, 2024, if Plaintiffs respond by opposing the Motion.

3. The Initial Case Management Conference previously set for June 27, 2024, is reset to August 15, 2024.

4. In the event Plaintiffs decide to amend their Complaint, the hearing on Defendant's Motion will be vacated as moot.

5. In the event Plaintiffs decide to oppose Defendant's Motion, the current hearing scheduled for May 23, 2024, will be continued to July 25, 2024 or by the Court to another date.

6. This Order shall not impact any other case deadlines.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 24, 2024

_____
Hon. Laurel Beeler
United States Magistrate Judge