**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURAK OKSAYAN, JACK KESSLER, ANDREW ST. GEORGE, BRADFORD SCHLOSSER, ANDREW KARZ, JAMI KANDEL, CHASE TAYLOR, HUSSEIN SAAB, and OLUMUYIWA OLANIYAN individually, and/or on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MATCH GROUP, INC.<br><br>Defendant. | Case No.: 3:24-cv-00888-LB<br>Compl. Filed: February 14, 2024<br>FAC Filed: June 10, 2024<br><br>*Assigned to Hon. Laurel Beeler, United States Magistrate Judge*<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway | Malibu, CA 90265

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Burak Oksayan, Jack Kessler, Andrew St. George, Bradford Schlosser, Andrew Karz, Jami Kandel, Chase Taylor, Hussein Saab, and Olumuyiwa Olaniyan, by and through their counsel Clarkson Law Firm, P.C., hereby voluntarily dismiss this case without prejudice.

DATED: December 3, 2025                    **CLARKSON LAW FIRM, P.C.**

By: */s/ Bahar Sodaify*
         Ryan J. Clarkson, Esq.
         Bahar Sodaify, Esq.

*Counsel for Plaintiffs*

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)